**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GABRIEL ROJAS GARCIA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> BARACK OBAMA, President, ) <br> ) <br> Defendants. ) | 2:10-cv-1670-GMN-RJJ <br><br> **ORDER** |

        Plaintiff has submitted a Complaint (#1). Plaintiff has failed to submit an application to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915(a) or alternatively, to pay the filing fee. Good cause appearing therefore,

        **IT IS HEREBY ORDERED** that on or before November 4, 2010, plaintiff **SHALL FILE** a completed and signed application to proceed *in forma pauperis* on the form provided by this Court or alternatively, shall pay the full filing fee of Three Hundred and Fifty Dollars ($350.00). Plaintiff's failure to file an application to proceed *in forma pauperis* or to pay the full filing fee in compliance with this order may result in the dismissal of this action.

        **IT IS FURTHER ORDERED** that the Clerk **SHALL SEND** plaintiff the approved

form for an Application to Proceed *In Forma Pauperis* along with a copy of this order.

**IT IS FURTHER ORDERED** that on or before November 4, 2010, plaintiff **SHALL FILE** an amended complaint.

DATED this 4th day of October, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

2